IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| FANSTEEL, INC., et al.,[1] ) | Civil Action No. 04-465 (JJF) |
| ) | |
| Reorganized Debtor. ) | |
| FANSTEEL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro No. 04-51220 (JJF) |
| ) | Bankruptcy Case No. 02-10109 (JJF) |
| JAMES R. McSWEENEY, individually and d/b/a ) | |
| McSWEENEY'S, INC. and McSWEENEY'S INC., ) | |
| ) | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the ___19th___ day of April 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list in the manner indicated:

**Notice of Settlement of Avoidance Actions**

_____
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors are the following entities: Fansteel Inc., Fansteel Holdings, Inc., Custom Technologies Corp., Escast, Inc., Wellman Dynamics Corp., Washington Mfg. Co., Phoenix Aerospace Corp., and American Sintered Technologies, Inc.

# SERVICE LIST FOR
# JAMES R. MCSWEENEY DBA MCSWEENEY

*Hand Delivery*
(counsel for James R. McSweeney dba McSweeney)
Jeffrey P. Wasserman, Esquire
Ciconte, Roseman & Wasserman
1300 King Street
P.O. Box 1126
Wilmington, DE  19899

Fansteel Service List for Settlements Adversaries
Document No. 95271
01 – Hand Delivery
04 – First Class mail


***Hand Delivery***
David Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

***First Class Mail***
(Debtors)
Michael McEntee, CFO
Fansteel Inc.
One Tantalum Place
North Chicago, IL 60064

***First Class Mail***
(Counsel for Debtors)
David J. Ciminesi, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

***First Class Mail***
(Counsel for the Committee of Unsecured Creditor)
Frances Gecker, Esquire
Frank/Gecker LLP
325 North Lasalle Street
Suite 625
Chicago, Illinois 60602

***First Class Mail***
(Counsel for Fansteel, Inc.)
Jason S. Pomerantz, Esquire
Steven J. Kahn, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100